FILED

03/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0497

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0497

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RICHARD SORIA,

      Defendant and Appellant,

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until April 27, 2022, within which to prepare, file, and serve Appellant's opening reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2022